IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENYATTA MITCHELL, | : | CIVIL ACTION NO. |
| | : | 1:22-CV-4665-SDG-JSA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS DEJOY and UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| | : | **FINAL REPORT &** |
| Defendants. | : | **RECOMENDATION** |

On November 22, 2022, Plaintiff Kenyatta Mitchell filed an Application to Proceed in District Court without Prepaying Fees or Costs [1] ("Application"). Plaintiff's Application was incomplete and contained inconsistencies. Order [2] at 1. On November 28, 2022, the Court ordered that if Plaintiff wished to proceed *in forma pauperis*, she was "to file a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs by December 13, 2022." *Id.* at 2. Plaintiff was "advised that if she fail[ed] to do so, her Application may be denied or this action may be dismissed based on Plaintiff's failure to comply with an Order of the Court." *Id.* The Court's December 13, 2022 deadline has passed, and Plaintiff has failed to comply with the Court's Order. Accordingly, the undersigned **RECOMMENDS** that the Application [1] be **DENIED** and that this case be **DISMISED WITHOUT PREJUDICE**. *See* LR 16.5, NDGa.

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

**IT IS SO RECOMMENDED** this 16th day of December, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE