UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENYATTA MITCHELL,<br>            Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY and UNITED STATES POSTAL,<br>            Defendants. | CIVIL ACTION FILE<br><br>NO.  1:22-CV-4665-SDG-JSA |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of the Report and Recommendation of the Magistrate Judge, and the court having adopted the Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with the Court's Order on 11/28/2022, pursuant to LR 16.5, NDGa.

Dated at Atlanta, Georgia, this 21st day of July, 2023.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT


                                            By:  s/ T. Tran
                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 21, 2023
Kevin P. Weimer
Clerk of Court

By:  s/ T. Tran
        Deputy Clerk